# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1581
Lower Tribunal No. 19-15718
_____

**Chestel Thorson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alberto Milian, Judge

Chestel Thorson, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and HENDON, JJ.

PER CURIAM.

"The circuit court of the county in which a defendant is incarcerated has jurisdiction to consider a petition for writ of habeas corpus when the claims raised in the petition concern issues regarding incarceration, but not when the claims attack the validity of the judgment or sentence." Broom v. State, 907 So. 2d 1261, 1262 (Fla. 3d DCA 2005) (citations omitted). "Only the court in which the defendant was convicted and sentenced has jurisdiction to consider collateral attacks on a judgment or sentence, and such an attack must be brought pursuant to Rule 3.800 or 3.850, not by petition for writ of habeas corpus." Id. As such, neither this Court nor the Circuit Court for the Eleventh Judicial District has jurisdiction to address the collateral attack raised in the Petition. Accordingly, we affirm the lower court's order without prejudice to refiling the Petition in the court having jurisdiction, i.e., the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County. See Peoples v. State, 260 So. 3d 365, 367 (Fla. 3d DCA 2018).

Affirmed.

2